# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

140216

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re C.V., Minor.

_____

DEAN CUNNINGHAM and RITA
CUNNINGHAM,
      Petitioners-Appellants,

v

                        SC: 140216
                        COA: 290439
                        Shiawassee CC Family Division:
                        08-003565-AO

DEPARTMENT OF HUMAN SERVICES,
      Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010

_____
Clerk

s0317